Benjamin Dent
   Plantiff

Case NO:
2:20-CV-00294-JAD-BNW

vs

Frank Breedle
   Defendant

FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 06 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

Motion Request

I've been extremly compliant and fair with DA christopher Guy, i was fine with not continuing to move foward by filing additional motions & compliants untill we had a answer back from the courts concerning my last motion but it has buen two months now & i still havent gotten a response or update to that issue so can i pleased be informed on what's taking place with my case and the issue of response on wich we were waitin for

Thank you for you Time
Sincerley

Benjamin Dent
Ben Dent

### Order

IT IS ORDERED that ECF No. 28 is GRANTED. Plaintiff is advised that the Court is aware of his motion to amend his complaint and will decide it in the ordinary course. Motions often take several months to decide, given the hundreds of cases pending before the Court.

IT IS SO ORDERED
DATED: 4:23 pm, December 08, 2021

*Brenda Weksler*
**BRENDA WEKSLER**
UNITED STATES MAGISTRATE JUDGE

Date Submitted
11-28-21

Ben Dent #86741
NCC
P. Box 7000
Carson City, NV 89702

LEGAL MAIL
CONFIDENTIAL



Clerk of The Court
U.S. District
333 Las Vegas blvd S. #1334
Las Vegas, NV 89101

