```
AARON D. FORD
  Attorney General
CHRISTOPHER M. GUY (Bar No. 15239)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., Suite 3900
Las Vegas, Nevada  89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: cguy@ag.nv.gov

Attorneys for Defendant Frank Beedle
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN DENT,<br><br>    Plaintiff,<br><br>v.<br><br>BEATLE, et al.,<br><br>    Defendants. | Case No. 2:20-cv-00294-JAD-BNW<br><br>**JOINT REQUEST FOR A SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-5**[1] |

The Parties, Plaintiff, Benjamin Dent, and Defendant, Frank Beedle, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy, Deputy Attorney General, hereby submit a Joint Request for a Settlement Conference Pursuant to Local Rule (LR) 16-5.

## I.  INTRODUCTION

The Parties spoke by telephone conference on January 4, 2022. The parties' conversation focused on a request for a global settlement conference with Magistrate Judge Baldwin. The conversation was fruitful and both sides agreed that Defendant would file a motion to request a settlement conference with Magistrate Judge Baldwin. The parties also agreed that a settlement conference under LR 16-5 would be the most beneficial path forward.

---

[1] LR IC 2-2 (b). (Document Events. The electronic filing system categorizes documents by the type of "event." The filer must select a type of "event" for each filed document based on the relief requested or the purpose of a document.)

The Parties agree that a stay of this case would provide the Parties an opportunity to make a good faith effort at resolving issues in this case and Plaintiff's case 2:20-cv-00136-GMN-EJY without further litigation.

As a result, the Parties ask that the case be stayed, and that this Court grant the Parties' request for a settlement conference under LR 16-5 with Magistrate Judge Baldwin.[2] After the LR 16-5 settlement conference, the Parties will file a joint status report to inform this Court of the settlement outcome.

## II. LEGAL STANDARD AND DISCUSSION

This Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254, (1936)). These inherent powers include "'the power to stay proceedings . . . to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Dependable Hwy Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007) (quoting *Landis*, 299 U.S. at 254). Stays are particularly appropriate to be considered when doing so is "the fairest course of action for the parties ... pending resolution of independent proceedings which bear upon the case." *Dependable, supra* (quoting *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979)). These independent proceedings include other judicial proceedings. *Id.*

Here, this counsel and Plaintiff have spoken on multiple occasions about ways to resolve this case and Plaintiff's other case. However, the talk of January 4, 2022, was promising. From this talk, the Parties have a good faith belief that this matter can be resolved. Thus, the parties believe that a settlement conference under LR 16-5 and a stay of this case in its entirety would be beneficial.

This path forward would preserve judicial resources and allow the Parties an opportunity to pursue the fairest course of action towards a resolution of this case. Were the Parties able to resolve this matter, further litigation would not be required.

---

[2] LR 16-5 (The court may set any appropriate civil case for settlement conference.)

## III. CONCLUSION

Because the Parties have met and conferred and agreed that through a settlement conference under LR 16-5, this matter might be resolved. Therefore, the Parties request this Court to order a settlement conference under LR 16-5 and stay this case in its entirety to allow the Parties to attempt a resolution of Plaintiff's cases.

DATED 1-5-22, 2022.

DATED January 5, 2022.

Aaron D. Ford
Nevada Attorney General

/s/ Benjamin Dent
Benjamin Dent, #86741
*Plaintiff Pro Se*

By: /s/Christopher M. Guy
Christopher M. Guy (Bar No. 15239)
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

### ORDER

IT IS ORDERED that ECF No. 32 is GRANTED. The parties are advised that Judge Baldwin will set the Settlement Conference.

**IT IS SO ORDERED**
**DATED:** 4:24 pm, January 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on __, 2021, I electronically filed the foregoing __, via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Benjamin Dent #86741
High Desert State Prison
PO Box 650
Indian Springs, NV 89070
HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/ Sheri Regalado
Sheri Regalado, an employee of the
Office of the Nevada Attorney General