UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Benjamin Dent,<br><br>     Plaintiff<br><br>v.<br><br>Beatle, et al.,<br><br>     Defendants | Case No.: 2:20-cv-00294-JAD-BNW<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 21, 30] |

The magistrate judge has evaluated Plaintiff Benjamin Dent's motion for leave to file a second amended complaint,[1] granted it in part, and recommended that it be denied in part.[2] The deadline for any party to object to that recommendation was January 18, 2022, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 30] is ADOPTED** in its entirety. The motion for leave to amend **[ECF No. 21] is GRANTED** *except that the following claims may not proceed:* (1) Plaintiff's Eighth Amendment excessive-force claim against Defendants Jacobs and Jones; and (2) Any claim asserted against defendants in their official capacities.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 25, 2022

---

[1] ECF No. 21.

[2] ECF No. 30.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).